**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7109**

_____

STEVE R. LUCAS,

Petitioner - Appellant,

versus

PARKER EVATT, Director, South Carolina Depart-
ment of Corrections; RICKIE HARRISON, Warden,
Manning Correctional Institute; ATTORNEY
GENERAL OF THE STATE OF SOUTH CAROLINA,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Joseph F. Anderson, Jr., District
Judge. (CA-94-3243-2-17AJ)

_____

Submitted: December 14, 1995      Decided: January 11, 1996

_____

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Steve R. Lucas, Appellant Pro Se. Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Lucas v. Evatt</u>, No. CA-94-3243-2-17AJ (D.S.C. June 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2